IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-325-KDB-DCK

| | |
|---|---|
| JUAN WHIPPLE, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| KEVIN MARCUSE, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 31) filed by Local Counsel Corinne S. Hockman on July 24, 2024.

Applicant Daniel P. Withers seeks to appear as counsel *pro hac vice* for Defendants Tripadvisor, LLC and Viator, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 31) is **GRANTED**. Daniel P. Withers is hereby admitted *pro hac vice* to represent Defendants Tripadvisor, LLC and Viator, Inc.

**SO ORDERED**.

Signed: July 24, 2024

David C. Keesler
United States Magistrate Judge