UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JUAN D. WHIPPLE, ) | |
| dba QUEEN CITY TOURS ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Civil Action No.: 3:24-cv-325 |
| ) | |
| KEVIN MARCUSE dba QUEEN ) | |
| CITY RIDES, et al. ) | |
| ) | |
| **Defendants** ) | |

## DEFENDANTS' JOINT MOTION TO STAY LITIGATION PENDING OUTCOME OF TTAB CANCELLATION PROCEEDING

Defendants Lance Zaal, US Ghost Adventures, LLC, Kevin Marcuse and Queen City Rides 1, LLC, (collectively, "Defendants"), jointly move the Court to stay this trademark infringement lawsuit in light of a pending cancellation proceeding in the Trademark Trial and Appeal Board ("TTAB") of the U.S. Patent and Trademark Office that should be dispositive of this litigation. Defendants' Petition for Cancellation and the TTAB's Order acknowledging the Petition and providing Plaintiff an answer deadline of March 30, 2025, are attached hereto as **Exhibits A-B**.

As set forth in their Petition, Defendants have petitioned the TTAB to cancel U.S. Trademark Registration No. 6,971,201 for the "Queen City Tours" mark on a variety of grounds including primary geographic descriptiveness, genericness, misrepresented date of first use, misrepresented source of services, misrepresented distinctiveness and abandonment. The TTAB's ruling in favor of Defendants on any of these issues would cancel Plaintiff's trademark registration and resolve this litigation. For the reasons set forth in Defendants' Supporting Memorandum, in the interests of judicial economy, efficiency and equity, the Court should grant Defendants' joint motion and stay this litigation pending the outcome of the TTAB cancellation proceeding.

Respectfully submitted,

LANCE ZAAL and
US GHOST ADVENTURES, LLC

By /s/ Joshua F. P. Long

Joshua F. P. Long (NC Bar #26497)
WOODS ROGERS VANDEVENTER BLACK PLC
10 S. Jefferson Street, Suite 1800
Roanoke, Virginia 24011
Phone: (540)983-7725
Fax: (540)983-7711
Josh.long@woodsrogers.com

Respectfully submitted,

KEVIN MARCUSE and
QUEEN CITY RIDES 1, LLC

By  /s/ Hunter S. Freeman

Hunter S. Freeman
Reg. No. 56,356
KIM AND LAHEY LAW FIRM, LLC.
3620 Pelham Road, PMB 213
Greenville, SC 29615
Tel. (864) 609-3473
hfreeman@kimandlahey.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice to all counsel of record and I have mailed and emailed a copy to Plaintiff:

>Juan D. Whipple
>d/b/a Queen City Tours
>201 N. McDowell Street
>P.O. Box 36160
>Charlotte, NC 28236-6160
>jwhipple@queencitytours.com
>qctours.charlotte@yahoo.com

>Pro Se Plaintiff

/s/ Joshua F. P. Long