UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Juan D. Whipple, dba Queen City Tours, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Kevin Marcuse an individual and Managing Member of Queen City Rides, LLC, Queen City Rides, LLC, Lance Zaal, US Ghost Adventures, LLC, dba Queen City Ghosts and TripAdvisor, LLC / Viator, Inc., )<br>)<br>Defendants. ) | Civil Action No.: 3:24-cv-325<br><br>STATUS REPORT REGARDING CANCELLATION BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD |

Pursuant to the Court's March 12, 2025 Order (Dkt. 67), Defendants are filing this Status Report[1] regarding the status of the Trademark Trial and Appeal Board Cancellation Proceeding regarding Plaintiff's Trademark Registration No. 6971201 for the mark QUEEN CITY TOURS ("Plaintiff's Registration").

On February 18, 2025, Defendants jointly filed a Notice of Cancellation seeking to have Plaintiff's registration cancelled. On March 7, 2025, Plaintiff filed with the TTAB a Motion to Dismiss or Alternatively to Suspend the Cancellation Pending Disposition of a Civil Action. The motion was fully brief by all parties. On June 16, 2025, the TTAB denied Plaintiff's request to suspend the cancellation proceeding. On July 16, 2025, Defendants filed with the TTAB their Amended Petition for Cancellation. On August 14, 2025, Plaintiff filed with the TTAB a Motion to File a Late Answer and a Motion to Dismiss Defendants' Amended Petition for Cancellation. On

---

[1] On September 8, 2025, Defendants provided Plaintiff with a copy of this status report (without this footnote) for his review and asked for any comments that he may have. Defendants informed Plaintiff that absent receiving any such comments by 2:30 pm today, the status report would be filed along with a footnote indicating that a copy of the report had been provided to Plaintiff prior to filing. No response was received from Plaintiff.

September 3, 2025, Defendants filed with the TTAB their Response to Plaintiff's Motion to Dismiss. On September 4, 2025, the TTAB entered its standard Order upon the filing of a potentially dispositive motion suspending the proceeding with respect to all matters not germane to Plaintiff's Motion to Dismiss, including the schedule for the discovery conference, initial disclosures and discovery, and notifying the parties that Plaintiff's Motion would be decided in due course and these deadlines will be reset in the event proceedings are resumed. See Trademark Rule 2.127(d). As part of its Order, the TTAB also denied as moot Plaintiff's Motion for Leave to File a Late Answer, and "reiterate[d] that it strongly advises [Plaintiff] to secure legal representation in this proceeding." The parties are awaiting rulings from the TTAB on Plaintiff's pending Motion to Dismiss.

Respectfully Submitted on this 9th Day of September 2025,

KIM AND LAHEY LAW FIRM, LLC
s/Douglas W. Kim
Douglas W. Kim (Fed ID 9004 NC Bar 25620)
Hunter Freeman (Fed ID 9313 SC Bar 71752)
3620 Pelham Road, PMB 213
Greenville, SC 29615
Telephone: 864-973-6688
Email: doug@kimandlahey.com
Email: hfreeman@kimandlahey.com
*Attorneys for Kevin Marcuse and Queen City Rides 1, LLC*

WOODS ROGERS VANDEVENTER BLACK PLC

/s/ Joshua F. P. Long
Joshua F. P. Long (NC Bar No. 26497)
10 S. Jefferson Street, Suite 1800
Roanoke, Virginia 24011
Phone: (540)983-7725
Fax: (540)983-7711
josh.long@woodsrogers.com
*Counsel for Lance Zaal and US Ghost Adventures, LLC*